*Attachment "A"*

STATE OF MISSISSIPPI

COUNTY OF *Greene*

## AFFIDAVIT

PERSONALLY, appeared before me the undersigned authority in and for the aforesaid jurisdiction, being duly sworn by me does depose and state the following:

I, *Bellie Adams*, do hereby state that the following is true and correct to the best of my belief and knowledge.

*I was accused of selling meth to an convicted felon they used as a C.I. I was arrested and taken into custody. while in there custody, one officer released the K-9 dog on me while I was sitting letting it attack me while they stood over me and watched. I sustained multiple injuries from my waist to my feet from the K-9 officer Voo-doo I have many scares from these injuries as well a broken foot that has not been properly treated until this point which constitutes cruel and very unusual punishment*

SIGNED, this the _9th_ day of _April_, 20___.

*Bellie Adams*
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME, this the _9th_ day of
_April_, 20 _24_.

_____
Notary Public

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 450874
KAYLEE HOLDER
Commission Expires
Feb. 20, 2028
GREENE COUNTY