Bobbie Adams 241689
P.O. BOX 1419
LEAKESVILLE, MS
39451

USDC CLERK
501 E. COURT STREET
SUITE 2.500
JACKSON, MS 39201

RECEIVED
APR 12 2024
U.S DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

FIRST-CLASS



ZIP 39451
02 7W
0008032438 APR 10 2024
US POSTAGE and PITNEY BOWES
$002.11⁰

State Postage Paid Lee — State MS Correctional Inst.
South MS, MS 39451
Leakesville, MS 39451
enclosed any material not correspondence
If the writer enclosed or encloses or addressee, please
to legal business to another above address
forwarding to the
the enclosure

Office of Legal Services
Inmate Legal Mail
South MS Correctional Institution
Leakesville, MS 39451

ILAP
APPROVED LEGAL MAIL
APR 09 2024